Name: Willie Casanova Moore
Address: PO Box 250, Draper, Utah 84020
Telephone: N/A

FILED
U.S. DISTRICT COURT
2005 APR -6 P 2:04
DISTRICT OF UTAH
BY: _____ CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## Central DIVISION

Willie Casanova Moore
(Full Name)
PLAINTIFF

vs.

Clinton S. Friel,
Richard M. Garden,
Sidney Roberts,
Kennon Tubbs, Et Al,

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

CIVIL NO._____
(Supplied by Clerk)

Judge Dale A. Kimball
DECK TYPE: Civil
DATE STAMP: 04/06/2005 @ 14:17:16
CASE NUMBER: 2:05CV00229 DAK

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. _X_ 42 U.S.C. §1983
   b. ___ 42 U.S.C. §1985
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Willie Casanova Moore
   IS A CITIZEN OF THE STATE OF Utah / Germany

   PRESENT MAILING ADDRESS: PO Box 250, Draper
   Utah, 84020

4

3. NAME OF FIRST DEFENDANT Clinton S. Friel
   IS A CITIZEN OF Draper, Utah.
   (City and State)

   IS EMPLOYED AS Warden at U.S.P.
   (Position and Title if Any)  (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO ___. If your answer is "YES" briefly explain.

   Warden Friel is responsible for the Helath care of All Inmates in the Draper Facility of U.S.P.

4. NAME OF SECOND DEFENDANT Richard M. Garden
   (If applicable)

   IS A CITIZEN OF Draper, Utah.
   (City and State)

   IS EMPLOYED AS Dir. B.C.I. at U.S.P.
   (Position and Title if Any)  (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES X NO ___. If your answer is "YES" briefly explain.

   Dr. Garden is responsible for training and Supervision of all medical staff, and Inmate medical care

5. NAME OF THIRD DEFENDANT Sidney Roberts
   (If applicable)

   IS A CITIZEN OF Draper, Utah.
   (City and State)

IS EMPLOYED AS _Medical Doctor_ at _U.S.P._
(Position and Title if Any)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _✓_ NO ___. If your answer is "YES" briefly explain.

_Dr. Roberts provides medical care for inmates at U.S.P._

6. NAME OF FOURTH DEFENDANT _Jack Ford_.
   (If applicable)

   IS A CITIZEN OF _Draper Utah,_
   (city and State)

   IS EMPLOYED AS _Public Affairs_ at _U.S.P._
   (Position and Title if Any)    (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES _X_ NO ___. If your answer is "YES" briefly explain.

   _Mr. Ford provides to the public, inmates, and the Governor and other state employees._

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   _U.S.P. medical staff have shown_

Deliberate, Indifference to my serious medical needs, And have failed to relieve my pain and suffering.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: Violation of 8th Amend. prohibition Against cruel and unusual punishment.

      (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

      U.S.P. medical Staff did not believe that my back was messed up And did not treat my back or pain until I had complained And asked for treatment And pain management for about two months.

   b. (1) Count II: Failure to Follow prior Doctors Prescribed course of Effective treatment.

      (2) Supporting Facts: Staff failed to get my medical records for about four months, And then gave me medicine that did not help with my pain, but messed up my ability to

think of function in my normal and my required daily activities.

c. (1) Count III: _____

_____

(2) Supporting Facts: _____

_____

_____

_____

_____

_____

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

My Back continues to Deteriorate and cause me Pain and emotional distress, over fears about becoming unable to walk from my untreated Back Injury and farther Deterioration, And Arthritis.

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES___ / NO _X_. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

b. Name of court and case or docket number: N/A

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

d. Issues raised: N/A

e. When did you file the lawsuit? N/A
   Date   Month   Year

f. When was it (will it be) decided? N/A

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES _X_ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I have exhausted all Three Levels of the Grievance process, which includes Informal and Formal Administrative procedures without getting relief before suffering for several months, and I have still not gotten the relief I have sought.

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

Effective treatment of my back and

*Pain; Future care; Compensation for pain And Suffering; Punitive Damages; and any other Remedies the Court may deem Appropriate. Injunctive relief as a Third party Beneficiary of Henry V. DeLand, (89-C-1124 J)*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at __U.S.A.__ on _____ 2005.
    (Location)           (Date)


__Willie Casanova Nicole__
Signature

H:\prose\civrt.gui